# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL GILBERTSON, etal

    **Plaintiff,**

  v.                                       **Case No.** 15-C-139

CITY OF SHEBOYGAN

    **Defendant.**

## COURT MINUTES OF SETTLEMENT CONFERENCE

### HONORABLE PATRICIA J. GORENCE PRESIDING

DATE: 8/25/16

TIME COMMENCED:    11:15 AM    TIME CONCLUDED:    2:30 PM

APPEARANCES:

    PLAINTIFF - Dan Gilbertson and Matthew Walsh with Attorney Yingtao Ho

    DEFENDANT - Attorney Alan Levy with Charles Adams and Sandra Marie Rohrick from the City of Sheboygan

The Parties have settled this matter and will prepare a joint Motion for Dismissal to be filed with the court on or before November 1, 2016.

N:\WPDOCS\PJG\15-C-139 Settlement Minutes.wpd