UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL GILBERTSON,
MATTHEW WALSH, and
MATTHEW BRAESCH,

On behalf of Themselves and All Others Sharing
Questions of Common and General Interest,

    Plaintiffs,

v.                                                                                          Case No. 2:15-cv-00139

CITY OF SHEBOYGAN,

    Defendant.

---

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

NOW COME the Parties to the above-captioned case and, having reached an amicable settlement of this litigation,

THE PARTIES hereby make this Joint Motion for Dismissal of this action with Prejudice and in its entirety.

| | |
|---|---|
| THE PREVIANT LAW FIRM, S.C. | LINDNER & MARSACK, S.C., |
| Attorneys for the Plaintiffs | Attorneys for the Defendant City of Sheboygan |
| *(signed)* | *(signed)* |
| Yingtao Ho (State Bar No. 1045418) | Alan M. Levy (State Bar No. 1010285) |
| 310 West Wisconsin Avenue | Oyvind Wistrom (State Bar No. 1024964) |
| Suite 100 MW | 411 E. Wisconsin Avenue, Suite 1800 |
| Milwaukee, WI 53203 | Milwaukee, WI 53202 |
| Telephone: (414) 271 4500 | Telephone: (414) 273-3910 |
| Fax: (414) 271 6308 | Fax: (414) 273-0522 |
| yh@previant.com | alevy@lindner-marsack.com |
| | owistrom@lindner-marsack.com |
| 10/18/16 | 10/17/16 |
| Date | Date |